UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA KREISS,<br><br>        Plaintiff,<br><br>    v.<br><br>FALZONE ASSOCIATES,<br><br>        Defendant. | 2:09-cv-00387-GEB-DAD<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE and FED. R. CIV. P. 4(m) NOTICE |

Plaintiff's Status Report filed April 24, 2009, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference set for May 11, 2009, is rescheduled to commence at 9:00 a.m. on June 29, 2009. A further joint status report shall be filed no later than 14 days prior to the status conference.[1]

Further, if Defendant Falzone Associates is not served with process in this action on or before June 10, 2009, this Defendant may be dismissed without prejudice under Fed. R. Civ. P. 4(m). To avoid dismissal, a proof of service shall be filed no later than June 11, 2009.

/ / /

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

If Plaintiff believes she has good cause to justify extension of Rule 4(m)'s 120-day service period, she shall file a declaration in which this is shown no later than June 11, 2009.

IT IS SO ORDERED.

Dated: May 8, 2009

*[signature]*
GARLAND E. BURRELL, JR.
United States District Judge