UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MELISSA KREISS,
        Plaintiff,

    v.

FALZONE ASSOCIATES,
        Defendant.

2:09-cv-00387-GEB-DAD

<u>ORDER TO SHOW CAUSE</u>

        An Order Continuing Status (Pretrial Scheduling) Conference and Fed. R. Civ. P. 4(m) Notice filed on May 8, 2009, rescheduled the then pending status conference to June 29, 2009, and required the parties to file a joint status report no later than fourteen days prior to the status conference. The Order also required a further status report be filed regardless of whether a joint report could be procured. No status report was filed.

        Plaintiff is Ordered to Show Cause ("OSC") in a writing to be filed no later than 4:00 p.m. on September 14, 2009, why sanctions should not be imposed against her and/or her counsel under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely status report. The written response shall also state whether Plaintiff or her counsel is at fault, and

1

1 | whether a hearing is requested on the OSC.[1]  If a hearing is
2 | requested, it will be held on September 28, 2009, at 9:00 a.m.,
3 | just prior to the status conference, which is rescheduled to that
4 | date.  A joint status report shall be filed no later than fourteen
5 | days prior to the status conference.

Dated:  June 23, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1]  "If the fault lies with the attorney, that is where the impact of sanction should be lodged.  If the fault lies with the clients, that is where the impact of the sanction should be lodged."  Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985).  Sometimes the faults of attorneys, and their consequences, are visited upon clients.  In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).