IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MELISSA KREISS, | ) | |
| | ) | |
| Plaintiff, | ) | 2:09-cv-00387-GEB-DAD |
| | ) | |
| v. | ) | ORDER* |
| | ) | |
| FALZONE ASSOCIATES, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff's counsel's motion for reconsideration of the Order filed September 16, 2009 lacks a sufficient basis to justify the motion. Therefore, the September 16, 2009 Order will not be reconsidered; and, Plaintiff's counsel shall pay the sanction as ordered. Further, since Plaintiff's counsel states this case has settled, this case is dismissed.

Dated: September 22, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

* This matter was determined to be suitable for decision without oral argument. E.D. Cal. R. 78-230(h).

1